IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DEREK LEE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-538 |
| | § | |
| CREDIT MANAGEMENT, LP | § | |
| d/b/a The CMI Group | § | |

### O R D E R

On August 5, 2011, Defendant, Credit Management, LP, filed its "Motion for Summary Judgment" (Instrument no. 20).

It is **ORDERED** that Plaintiff, Derek Lee, **SHALL** file his response to the Motion <u>on or before **September 5, 2011**</u>.

It is further **ORDERED** that Defendant, Credit Management, LP, **SHALL** file its reply, if any, <u>on or before **September 19, 2011**</u>.

**DONE** at Galveston, Texas, this ____10th____ day of August, 2011.

_____
John R. Froeschner
United States Magistrate Judge